IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SEARCH WARRANT FOR ) 8:13MJ69
6209 DEERWOOD DRIVE, LINCOLN, )
NEBRASKA 68516 )

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 09 2013

OFFICE OF THE CLERK

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 9th day of April, 2013

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: /s/ David Wear
DAVID M. WEAR #22218
Special Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

/s/ F. A. Gossett, III
F. A. GOSSETT, III
Magistrate Judge, United States District Court

DATED: 4/9/13